**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**BUFFALO DIVISION**

| | |
|---|---|
| **Cedar Lane Technologies Inc.,** | Case No. 1-20-cv-03128 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Skylum Software USA Inc.,** | |
| Defendant. | |

**~~[PROPOSED]~~ ORDER GRANTING DISMISSAL WITH PREJUDICE**

The request to dismiss all claims by Plaintiff against Defendant with prejudice, and all counterclaims by Defendant against Plaintiff without prejudice is hereby GRANTED. Each party shall bear its own costs, expenses, and attorneys' fees.

Date:   October 2, 2020

Edgardo Ramos, U.S.D.J